*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE CITY OF ST. CLAIR SHORES,

     Plaintiff-Appellee,

UNPUBLISHED
October 29, 2020

v

No. 349910
Macomb Circuit Court
LC No. 2019-000135-AR

MICHAEL DORR,

     Defendant-Appellant.

Before: SWARTZLE, P.J., and JANSEN and BORRELLO, JJ.

JANSEN, J. (*concurring*).

     I concur in the result only.

                         /s/ Kathleen Jansen